UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3W s.a.m. tout bois, | Case No. 2:10-CV-01070 JAM-KJN |
| Plaintiff, | |
| | RECUSAL ORDER |
| v. | |
| ROCKLIN FOREST PRODUCTS, INC., a California Corporation, | |
| Defendants. | |

Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: November 10, 2010

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

1