JAMES J. BANKS (SBN 119525)
BRIAN M. ENGLUND (SBN 70753)
BANKS & WATSON
13 6th Street, Suite 400
Sacramento, CA  95814-2403
Telephone:  (916) 325-1000
Facsimile:  (916) 325-1004
Email:      jbanks@bw-firm.com
Email:      benglund@bw-firm.com

Attorneys for Defendant and Counterclaimant
ROCKLIN FOREST PRODUCTS, INC.


PETER E. GLICK (SBN 127979)
Attorney at Law
1722 3rd Street, Suite 201
Sacramento, CA  95811
Telephone:  (916) 558-6182
Facsimile:  (916) 448-2434
Email:      pglick@pglick.com

Attorneys for Plaintiff and Counterdefendant
3W S.A.M. TOUT BOIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3W s.a.m. tout bois,<br><br>           Plaintiff,<br><br>   v.<br><br>ROCKLIN FOREST PRODUCTS, INC., a California corporation,<br><br>           Defendant.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. 2:10-cv-01070-MCE-KJN<br><br>**STIPULATION TO CONTINUE DATE FOR COMPLETION OF CERTAIN DISCOVERY; AND ORDER** |

The parties hereby stipulate as follows:

1.    The parties agree to continue the date for completion of the discovery described as follows, from June 15, 2012 to August 30, 2012:

  a. The deposition of Mario Cassin, a resident of Monaco. Pursuant to the order of Magistrate Judge Kendall J. Newman on May 17, 2012, this deposition shall be taken by telephone or video conference, unless otherwise agreed to by the parties;

  b. The deposition of Kathi Roelofs; and

  c. Plaintiff's request to test, inspect or sample the walnut burl veneer presently held in defendant's warehouse in Illinois.

 2. The parties would like to continue the date for completion of this discovery only, to accommodate the schedules of the parties and their counsel. Furthermore, the parties are engaged in settlement discussions, and the parties prefer to avoid expenses which may prove to be unnecessary.

 3. Except for the discovery specifically listed above, this stipulation will not affect the date for completion of any other discovery. Additionally, this stipulation will not affect any of the other dates set forth in the Pretrial Scheduling Order of March 29, 2012.

DATED: June 1, 2012        BANKS & WATSON

                 By: /s/ Brian M. Englund
                    BRIAN M. ENGLUND
                    Attorneys for Defendant and Counterclaimant
                    ROCKLIN FOREST PRODUCTS, INC.

DATED: June 1, 2012         /s/ Peter E. Glick (as authorized on 5/31/2012)
                    PETER E. GLICK
                    Attorneys for Plaintiff and Counterdefendant
                    3W S.A.M. TOUT BOIS

**IT IS SO ORDERED.**

Dated: June 5, 2012

                  _____
                  MORRISON C. ENGLAND, JR
                  UNITED STATES DISTRICT JUDGE